Samuel Dicker, Respondent, v. Samuel Black and Morris Somach, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

John T. Dougherty, Appellant, v. Alexander J. McCullom, Respondent.— Upon the defendant's own showing plaintiff was entitled to a judgment for seven dollars and fifty cents. Hence, the dismissal of the complaint was error. Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

George W. Duis, Appellant, v. New York Central and Hudson River Railroad Company, Respondent.— The motion is made so late as to justify an imputation of laches, and the third party who might be sued for the injury could now raise the Statute of Limitations; therefore the order is reversed, with ten dollars costs and disbursements, and the motion denied, with costs. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Annie Feldman and Sarah Garvar, Respondents, v. Harry Gurland and Others, Appellants.— Order affirmed on argument, with ten dollars costs and disbursements. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Annie Goldman, Appellant, v. Hyman Levine, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Louis Goldstein, Appellant, v. William Bachrach, Respondent.— Judgment affirmed, by default, with costs. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

John A. Hanlon, Respondent, v. Metropolitan Printing Company, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

John A. Hanlon, Respondent, v. George J. Cooke and Joseph H. Tooker, etc., Appellants.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.